UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MILO TYLER,

                Plaintiff,

    -against-

OFFICER MOTSIFF, et al.,

                Defendants.

------------------------------------x

<u>ORDER</u>

14 Civ. 8657 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated in Magistrate Judge Ellis's September 22, 2015 Report and Recommendation, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The Clerk of Court is ordered to close this case.

Dated: New York, New York
       October 21, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge